No. 13. UNITED STATES v. URBUTEIT. Order entered amending notation of dissent to opinion. Notation reported as amended, *ante,* p. 358.